UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
            Plaintiff,  )
                       )  Case No. MJ08-203
   v.  )
SINTHIA CORTES,  )  DETENTION ORDER
           Defendant.  )
_____  )

<u>Offenses charged</u>:

    Count 1:     Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

    Count 2:     Conspiracy to Launder Money, in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(A)(i).

    Counts 11-12: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).

    Count 13:    Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).

    Count 14:    Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1).

    Count 15:    Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1).

<u>Date of Detention Hearing</u>: April 29, 2008.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                         Rev. 1/91
PAGE 1

the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant has stipulated to detention, but reserves the right to contest her continued detention when she makes her initial appearance in the U.S. District Court for the Central District of California.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the U.S. District Court, Central District of California and shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of April, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge